IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICK DANE FALTE, ) <br> a.k.a. "▆▆▆▆▆," ) <br> ) <br> BENJAMIN ALEXANDER FAULKNER, ) <br> a.k.a. "▆▆▆▆▆," ) <br> ) <br> ANDREW RYAN LESLIE, ) <br> a.k.a. "▆▆▆▆▆▆," ) <br> ) <br> BRETT ALLEN BEDUSEK, ) <br> a.k.a. "▆▆▆," ) <br> ) <br> Defendants ) | NO.    3:17-00044 <br> 18 U.S.C. § 2252A(g) <br> 18 U.S.C. §§ 2251(d) and (e) <br> 18 U.S.C. §§ 2252(a)(2) and (b)(1) <br> 18 U.S.C. § 2253 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

1.    Between on or about July 16, 2015, and on or about October 2, 2016, in the Middle District of Tennessee and elsewhere, the defendants, **PATRICK DANE FALTE**, a.k.a. "▆▆▆▆;" **BENJAMIN ALEXANDER FAULKNER**, a.k.a. "▆▆▆▆▆▆;" **ANDREW RYAN LESLIE**, a.k.a. "▆▆▆▆▆▆;" and **BRETT ALLEN BEDUSEK**, a.k.a. "▆▆▆▆" with others known and unknown to the Grand Jury, did knowingly engage in a child exploitation enterprise, that is, **PATRICK DANE FALTE**, a.k.a. "▆▆▆▆▆," **BENJAMIN ALEXANDER FAULKNER**, a.k.a. "▆▆▆▆▆▆," **ANDREW RYAN LESLIE**, a.k.a. "▆▆▆▆▆▆," and **BRETT ALLEN BEDUSEK**, a.k.a. "▆▆▆▆" violated Chapter 110 of Title 18 of the United

1

States Code, as a part of a series of felony violations constituting three or more separate incidents and involving more than one minor victim, and committed those offenses in concert with three or more other persons, as more fully described below:

THE ENTERPRISE

2. ███████████████████████████████████
███████████████████████████████████
███████████████████████████████ For purposes of this indictment, the term "child pornography" is defined in Title 18, United States Code, Section 2256(8)(a).

███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
█████████████████████████
███████████████████████████████
███████████████████████████████████
████████████████████████

███████████████████████████████

███████████████████████████████

████████████████████

## PREDICATE OFFENSES

6. On or about the below-listed dates, in the Middle District of Tennessee and elsewhere, **PATRICK DANE FALTE**, a.k.a. "█████;" **BENJAMIN ALEXANDER FAULKNER**, a.k.a. "███████;" **ANDREW RYAN LESLIE**, a.k.a. "████████;" and **BRETT ALLEN BEDUSEK**, a.k.a. "█████," defendants herein, acting in concert with each other and others known and unknown to the Grand Jury, engaged in a series of three or more felony violations of:

    A. Title 18, United States Code, Section 2251(d)(1)(A), that is, each defendant did knowingly make, print, and publish, and cause to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce, any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and

    B. Title 18, United States Code, Section 2252(a)(2), that is, each defendant did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and the visual depiction was of such conduct,

3

███████████████████████████████████████
███████████████████████████████████████, on three or more separate incidents and involving more than one victim, including, but not limited, to the following postings on the specified dates (redacted posting titles are known to the Grand Jury but have been redacted to protect victim privacy):

| Defendant | Dates (Posting Title) |
|---|---|
| PATRICK DANE FALTE, a.k.a. "███████" | July 17, 2015 ("███████")<br>August 9, 2015 ("███████")<br>March 31, 2016 ("███████") |
| BENJAMIN ALEXANDER FAULKNER, a.k.a. "███████" | September 14, 2015 ("███████")<br>September 30, 2015 ("███████")<br>March 27, 2016 ("███████") |
| ANDREW RYAN LESLIE, a.k.a. "███████" | August 5, 2015 ("███████")<br>August 12, 2015 ("███████")<br>August 12, 2015 ("███████") |
| BRETT ALLEN BEDUSEK, a.k.a. "███████" | November 30, 2015 ("███████")<br>December 3, 2015 ("███████")<br>January 23, 2016 ("███████") |

All in violation of Title 18, United States Code, Section 2252A(g).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Between on or about July 16, 2015, and on or about October 2, 2016, in the Middle District of Tennessee and elsewhere, the defendants, **PATRICK DANE FALTE**, a.k.a. "▓▓▓;" **BENJAMIN ALEXANDER FAULKNER**, a.k.a. "▓▓▓;" **ANDREW RYAN LESLIE**, a.k.a. "▓▓▓;" and **BRETT ALLEN BEDUSEK**, a.k.a. "▓▓▓" did knowingly conspire to make, print, and publish, and cause to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce, any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and that visual depiction was of such conduct; and that notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(d)(1)(A), (d)(2)(B), and (e).

5

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Between on or about July 16, 2015, and on or about October 2, 2016, in the Middle District of Tennessee and elsewhere, the defendants, **PATRICK DANE FALTE**, a.k.a. "███"; **BENJAMIN ALEXANDER FAULKNER**, a.k.a. "███"; **ANDREW RYAN LESLIE**, a.k.a. "███"; and **BRETT ALLEN BEDUSEK**, a.k.a. "███" did knowingly conspire to distribute any visual depiction using any means and facility of interstate and foreign commerce, in which the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and that visual depiction was of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about July 17, 2015, in the Middle District of Tennessee and elsewhere, defendant, **PATRICK DANE FALTE**, a.k.a. "███," did knowingly make, print, and publish, and cause to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce, any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and that visual depiction was of such conduct; and that notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A), (d)(2)(B), and (e).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about August 9, 2015, in the Middle District of Tennessee and elsewhere, defendant, **PATRICK DANE FALTE**, a.k.a. "███████," did knowingly make, print, and publish, and cause to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce, any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and that visual depiction was of such conduct; and that notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A), (d)(2)(B), and (e).

## COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about March 31, 2016, in the Middle District of Tennessee and elsewhere, defendant, **PATRICK DANE FALTE**, a.k.a. "███████," did knowingly make, print, and publish, and cause to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce, any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and that visual depiction was of such conduct; and that notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A), (d)(2)(B), and (e).

7

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about July 17, 2015, in the Middle District of Tennessee and elsewhere, defendant, **PATRICK DANE FALTE**, a.k.a. "▌▌▌▌▌▌▌," did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce in which the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and that visual depiction was of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about August 9, 2015, in the Middle District of Tennessee and elsewhere, defendant, **PATRICK DANE FALTE**, a.k.a. "▌▌▌▌▌▌▌," did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce in which the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and that visual depiction was of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about March 31, 2016, in the Middle District of Tennessee and elsewhere, defendant, **PATRICK DANE FALTE**, a.k.a. "███████," did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce in which the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and that visual depiction was of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATIONS

THE GRAND JURY FURTHER CHARGES:

1. The allegations contained this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of one or more of the offenses alleged in Counts ONE, TWO or THREE of this Indictment, **PATRICK DANE FALTE**, a.k.a. "███████"; **BENJAMIN ALEXANDER FAULKNER**, a.k.a. "███████"; **ANDREW RYAN LESLIE**, a.k.a. "███████"; and **BRETT ALLEN BEDUSEK**, a.k.a. "███████" shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

   A. any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, of this chapter or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

   B. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and

   C. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property,

including but not limited to:

(1) the following items seized from the possession of **PATRICK DANE FALTE**, a.k.a. "▇▇▇▇," on or about October 2, 2016:

   a. The contents and virtual currency contained within the bitcoin wallet associated with PATRICK DANE FALTE further identified as:

   i. CoinBase.com Account: ▇▇▇▇▇▇▇▇▇▇▇;

   ii. Email associated with account: ▇▇▇▇▇▇▇▇▇▇▇

   b. A Dell Inspiron Desktop SN BQ85XV1 containing a Seagate Barracuda hard drive SN S1D56Y7L

   c. A Western digital my passport ultra external hard drive SN WXW1E85FY8AK

   d. A Sony Vaio laptop SN 275257323018868 containing a Seagate Momentus hard drive SN 6WS2NMCX

   e. A Toshiba Satellite laptop SN 48159257Q containing a Toshiba SATA hard drive SN 38IF2FFS

   f. The contents and United States currency contained within the USAA Savings Checking account:

   i. Account Number: *****9657

   ii. Routing Number: 314074269

(2) the following items seized from the possession of **BENJAMIN ALEXANDER FAULKNER**, a.k.a. "▇▇▇▇▇▇," on or about October 2, 2016:

   a. HD1 with SN 210987654321 from HP latptop

   b. 16GB SD card with SN 310900000985

   c. Blue 16GB USB with SN 0EDD801CA90

10

Case 3:17-cr-00044   Document 7   Filed 03/29/17   Page 10 of 13 PageID #: 111

d. Green 16GB USB with SN 0E0DD801CA90

   e. Kingston 8GB USB with SN 0019E02CB6F35B8A05060A5C

   f. Kingston 8GB USB with SN 5B870400011A

   g. 32GB Lexar SD card

   h. 8GB pink thumb drive with SN 7094D33E

   i. HP Laptop and 2 hard drives contained within

   j. The contents and virtual currency contained within the bitcoin wallet associated with BENJAMIN ALEXANDER FAULKNER further identified as:

      i. Account: ███████████████████████;

      ii. Online wallet: ███████████████████

      iii. Email associated with account: ████████████████████████ and/or ████████████████

(3) the following items seized from the possession of **ANDREW RYAN LESLIE**, a.k.a. "████████," on or about October 17, 2016:

   a. An external hard drive, SN WX11A5369636

(4) and the following items seized from the possession of **BRETT ALLEN BEDUSEK**, a.k.a. "████," on or about March 9, 2017:

   a. DVDs and thumb drives

   b. Seagate 1 TB External Hard Drive, s/n WES3VHGH

   c. Apple iPhone A1660, s/n F4HSP5PCHE71

   d. Dell Laptop, s/n 5Z0G0C2

   e. HP Desktop Computer, s/n 4C151417TG

   f. Digiland Tablet

   g. Cricket Blackberry Phone ZTE, s/n 9B042011895

11

    h. Black 32 GB SanDisk Micro SD with Adapter, s/n 5352DRCGR0GC

    i. Black 32 GB SanDisk Micro SD, s/n 6362DKEA614P

    j. SanDisk 32 GB Micro SD, s/n 5402CKA193QK

    k. SanDisk 32 GB Micro SD, s/n 6363DKEK51KV

    l. SanDisk 16 GB Micro SD with Adapter, s/n 5186DR49T0DX

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    A. Cannot be located upon the exercise of due diligence;

    B. Has been transferred or sold to, or deposited with, a third person;

    C. Has been placed beyond the jurisdiction of the Court;

    D. Has been substantially diminished in value; or

    E. Has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property, and it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated in Title 28, United States Code, Section 2461(c)), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including a money judgment in an amount to be determined, which represents the proceeds of the crime.

12

Case 3:17-cr-00044   Document 7   Filed 03/29/17   Page 12 of 13 PageID #: 113

All pursuant to Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

_____
FOREPERSON


_____
JACK SMITH
ACTING UNITED STATES ATTORNEY


_____
S. CARRAN DAUGHTREY
ASSISTANT UNITED STATES ATTORNEY


_____
BYRON M. JONES
ASSISTANT UNITED STATES ATTORNEY