**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Case No.  3:17-00044-2** |
| | ) | **Magistrate Judge Frensley** |
| **BENJAMIN ALEXANDER FAULKNER** | ) | |
| **Defendant(s)** | ) | |

## <u>O R D E R</u>

The Defendant was arrested and appeared for his First Appearance in the Middle District of Tennessee on October 11, 2017.  The Government filed a Motion for Detention pursuant to 18 U.S.C. § 3142 on the basis that no conditions, or combination of conditions, will reasonably assure his presence in Court or the safety of the community. At the hearing, the Defendant, by and through his counsel, stated that he wished to waive his detention hearing, but reserved the right to raise the issue of release at a later time.

Accordingly, the Government's Motion for Detention is GRANTED.  It is hereby ORDERED that the Defendant, BENJAMIN ALEXANDER FAULKNER, be detained in federal custody pending trial, and Defendant is hereby committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge  of the corrections  facility  in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a

court proceeding.

It is so ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge