Benjamin A. Faulkner
#90411-083
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808

3:17-CR-00044-2

Nov. 28, 2021

RECEIVED
in Clerk's Office

DEC 10 2021

U.S. District Court
Middle District of TN

Clerk Of The Court
United States District Court
801 Broadway, Room 800
Nashville, TN 37203-3816

Re: Updating The Record

Clerk of the Court,

    I hope that this letter finds you well and in good health. I'm writing in order to update/correct an inaccuracy found in Docket Entry #274 in order that the record be as complete and accurate as possible.

    Specifically, in DE 274 Mr. Evans claims that he did not receive any correspondence from me after Jule 7, 2021. I cannot claim that he received anything, but I would like the record to show that I did indeed send two letters; one on Aug. 8, 2021, and another on Sept. 16, 2021. See Attached Exhibit A. This exhibit is a personally kept mail log that I use to stay organized. I am at a severe disadvantage when it comes to keeping accurate logs because I do not have the luxury of digital files or record-keeping, so I am forced to resort to a personal mail log, hand written.

    In addition, some time after November 8, 2021, another document was filed (DE 276) entitled "Response to Letter From Benjamin A. Faulkner" wherein Mr. Evans outlines a series of events from his point of view. As Mr. Evans states in DE 274, he had provided me with a copy of the unredacted Statement of Facts on a previous occasion. On a later occasion, Mr. Evans also provided me with a copy of the redacted version. As seen in DE 275, I was confused as to why the unredacted Statement of Facts (SOF) was 3 pages, while the redacted SOF was only 2. This is the chief source of confusion. Please note that Mr. Evans has rectified the situation by sending both SOFs again, and for this I thank him.

    Finally, as a final question to the Clerk: Mr. Evans indicates that he does not have the Victim Impact Statements that I'm still requesting (See DE 274). The items that I am requesting

are Docket Entries ## 179 and 182. The fact that he has states that he does not have them, and yet they are clearly indicated within the docket, leads me to believe that he is unable to acquire them for whatever reason. Is this accurate? And if so, is there any way that I can retrieve them myself?

    In closing, I would like to say that I believe all this confusion was caused by a miscommunication and/or accident. I have no desire to continue to argue over the record. Mr. Evans has thusly provided the necessary documentation to mostly resolve the issue.

Sincerely,
*[signature: Ben Faulkner]*
Benjamin A. Faulkner

# EXHIBIT A

| Date | In/Out | To/From | Notes | Replied |
|---|---|---|---|---|
| Aug 8 | ✓ | Mom | | Aug 5 |
| " " | ✓ | Luke | | |
| " " | ✓ | Julie | Ret. to. sdr. letty | July 16 x 2 |
| Aug 9 | ✓ | M AD Jan 22 | | |
| Aug 10 | ✓ | M Parents May 22 | | |
| Aug 16 | ✓ | M Nat Geo Hist | Sept/Oct 21 | |
| " " | ✓ | M Allure | Feb 22 | |
| " " | ✓ | M Fast Company | Winter 22 | |
| " " | ✓ | M Red Bulletin | Sep-21 | |
| " " | ✓ | M People | June 22 | |
| Aug 18 | ✓ | Grandma | | ✓ |
| Aug 19 | ✓ | Grandma | | Aug 18 |
| Aug 20 | ✓ | IV Legal Thing | | |
| Aug 22 | ✓ | Mom | | |
| Aug 23 | ✓ | Jorge | | |
| Aug 24 | ✓ | Julie | | ✓ |
| " " | ✓ | Jorge | | ✓ |
| Aug 25 | ✓ | M Backpackers | Nov/Dec 21' | |
| " " | ✓ | Jorge | | Aug 24 |
| Aug 26 | ✓ | Mom | | O |
| | ✓ | Julie | | 32 |
| Aug 27 | ✓ | Grandma | letters crossed, gunna wait | X |
| Aug 30 | ✓ | M People | | |
| Sept 3 | ✓ | Midwest Living | exp Apr 22? | |
| Sept 3 | ✓ | Stadler and Company | | |
| Sept 7 | ✓ | M People | | |
| " " | ✓ | M Royals (people) | Winter 22 | |
| Sept 9 | ✓ | George | | O |
| Sept 10 | ✓ | FOIA-ISC | | |

| Date | In/out | To/From | Notes | Replied |
|---|---|---|---|---|
| Sept 13 | ✓ | Parents | exp May 22 | |
| " " | ✓ | People | exp July 22 | |
| " " | ✓ | A.D. | Jan 22 | |
| Sept 14 | ✓ | French Books | | |
| " " | ✓ | Reject letter | | |
| Sept 15 | ✓ | Judge Pros | 16 ttl   10G/6 lome | |
| " " | ✓ | mom | | ✓ |
| " " | ✓ | Dad | | ✓ |
| " " | ✓ | Con Consumer svcs | Transfer papers | |
| " " | ✓ | FaJA | BTC | |
| Sept 16 | ✓ | Haley | Briley | |
| | ✓ | Luke | Statement of facts + Victim impact statements | |
| | ✓ | Consulate | Parole Board address | |
| | ✓ | G-ma Dunbar | | 9/20 |
| Sept 20 | ✓ | G-ma Dunbar | | ✓ |
| " " | ✓ | Dad + mom | | Sept 15 |
| " " | ✓ | mom + Haley | | ✓ |
| Sept 21 | ✓ | M Allwe | exp Feb 22 | |
| " " | ✓ | George | | Sept 15 |
| Sept 22 | ✓ | Nana | | ✓ |
| | ✓ | Mom | | Sept 20 |
| | ✓ | Haley | | Sept 20 |
| Sept 24 | ✓ | Julie | | ✓ |
| Sept 24 | ✓ | George Briley | | |
| Sept 27 | ✓ | M People | | |
| " " | ✓ | Nana | | 9/28 |
| Sept 28 | ✓ | M Not Geo | Exp Nov. 2021 | |
| " " | ✓ | Nana Julie | | Sept 24 |
| " " | ✓ | Parents transfer | | |

Benjamin A. Faulkner
#90411-083
USP Terre Haute
P.O. Box 33
Terre Haute, IN
47808



RECEIVED
in Clerk's Office
DEC 10 2021
U.S. District Court
Middle District of TN

Clerk of the Court
United States District Court
801 Broadway, Room 800
Nashville, TN 37203-3816